UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Rinat Khaybullin

Case No. 8:19-bk-08789-CPM
Chapter 7

Debtor

_____/

## MOTION TO REOPEN CASE

The debtor, by and though attorney Timothy M. Grogan, sets forth:

1. Debtor discovered that a pre-petition debt was inadvertently omitted from Schedule F.

2. Debtor requests that this case be reopened to allow the filing of an amended Schedule F.

WHEREFORE, debtor requests that the Court reopen this case.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Motion was served on August 22, 2022 via first class mail or email, on:

    All parties on the attached matrix

Date:   August 22, 2022

Timothy M. Grogan
Attorney for the debtor
1023 Manatee Avenue West, Suite 310
Bradenton, FL 34205
941-773-6851
tgroganlaw@tampabay.rr.com

```
Label Matrix for local noticing          American Express National Bank          Rinat Khaybullin
113A-8                                   c/o Becket and Lee LLP                  271 Petrel Trail
Case 8:19-bk-08789-CPM                   PO Box 3001                             Bradenton, FL 34212-2995
Middle District of Florida               Malvern, PA 19355-0701
Tampa
Mon Aug 22 12:13:18 EDT 2022

(p)MANATEE COUNTY TAX COLLECTOR          Toyota Motor Credit Corporation         Amshercollectionservices
1001 3RD AVE W SUITE 240                 c/o Becket and Lee LLP                  4524 Southlake Parkway
BRADENTON FL 34205-7871                  PO Box 3001                             suite 15
                                         Malvern, PA 19355-0701                  Hoover AL 35244-3271


(p)ATLAS ACQUISITIONS LCC                Fpl                                     Greyhawk Landing Property Asso
492C CEDAR LANE SUITE 442                General Mail Facility                   2477 Stickney Point Rd 118a
TEANECK NJ 07666-1713                    Miami FL 33188-0001                     Sarasota FL 34231-4067


Mccallar Raymer Leibert Llc              Mr Cooper                               Real Time Resolutions
225 E Robinson St Suite 155              8950 Cypress Waters Blvd                Po Box 840923
Orlando FL 32801-4326                    Coppell TX 75019-4620                   Dallas TX 75284-0923


Security Credit Services                 (p)SPRINT                               (p)T MOBILE
306 Enterprise Drive Oxford              C O AMERICAN INFOSOURCE                 C O AMERICAN INFOSOURCE LP
Oxford, Ms MA 38655-2762                 4515 N SANTA FE AVE                     4515 N SANTA FE AVE
                                         OKLAHOMA CITY OK 73118-7901             OKLAHOMA CITY OK 73118-7901


(p)TEMPOE  LLC DBA WHY NOT LEASE IT      Us Bank National Association            United States Trustee - TPA7/13 +
ATTN BOB HOLWADEL                        800 Nicollet Mall                       Timberlake Annex, Suite 1200
720 EAST PETE ROSE WAY SUITE 400         Minneapolis MN 55402-2511               501 E Polk Street
CINCINNATI OH 45202-3576                                                         Tampa, FL 33602-3949


Reka Beane +                             Dawn A Carapella +                      Becket & Lee, LLP (SB) +
McCalla Raymer Leibert Pierce, LLC       P.O. Box 67                             Post Office Box 3001
110 S.E. 6th Street, Suite 2400          Valrico, FL 33595-0067                  Malvern, FL 19355-0701
Fort Lauderdale, FL 33301-5056
```

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Manatee County Tax Collector             Atlas Acquisitions LLC                  Sprint
1001 3rd Ave W, Suite 240                294 Union St.                           Po Box 629023
Bradenton, FL 34205-7863                 Hackensack, NJ 07601                    El Dorado Hills CA 95762
```

| | | |
|---|---|---|
| T Mobile<br>Po Box 53410<br>Bellevue WA 9801 | Tempoe Llc<br>720 East Pete Rose Way Suite 400<br>Cincinnati OH 4520 | (d)Atlas Acquisitions LLC +<br>Attn: Avi Schild<br>294 Union Street<br>Hackensack, NJ 07601 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Catherine Peek McEwen<br>Tampa | (u)U.S. Bank National Association | (u)U.S. Bank National Association, as Trustee |

| | | |
|---|---|---|
| (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (d)Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | End of Label Matrix<br>Mailable recipients   21<br>Bypassed recipients    5<br>Total                 26 |