UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

                                                                                                 Case No. 19-08789-CPM

Rinat Khaybullin                                                        Chapter 7

Debtor(s)

_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 USC 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $400.00 |
   | Prior to filing of this statement I have received (plus filing fee) | $400.00 |
   | Balance Due | $0.00 |

2. The source of the compensation paid to me was:     the debtor

3. The source of compensation to be paid to me is:     n/a

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Consultation concerning affect of amendments to bankruptcy papers and procedure for filing;
   b. reviewing debtor's original schedules;
   c. preparing amended schedules, review with debtor; filing with clerk of court;
   d. service of amended schedules.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following:

   a. adversary proceeding(s) that may stem from the filing of Amended Schedules.

<u>CERTIFICATION</u>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:   August 29, 2022

<u>*/s/ Timothy M. Grogan*</u>
Timothy M. Grogan, Esq.
Attorney for debtor
1023 Manatee Avenue West, Suite 310
Bradenton, FL 34205
941-773-6851
tgroganlaw@gmail.com